IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. **5:15CR029** |
| | ) | 21 U.S.C. § 841(a)(1) |
| DIEGO PONCE-CERVANTES, | ) | 21 U.S.C. § 841(b)(1)(B) |
| KARLA M. RUIZ, | ) | 21 U.S.C. § 846 |
| | ) | 18 U.S.C. § 2 |
| Defendants. | ) | |

**JUDGE GWIN**

## COUNT 1

The Grand Jury charges:

From at least as early as approximately November 4, 2014, to on or about November 10, 2014, in the Northern District of Ohio, Eastern Division, Central District of California, and elsewhere, DIEGO PONCE-CERVANTES and KARLA M. RUIZ, the defendants herein, and diverse others unknown, did knowingly and intentionally combine, conspire, confederate and agree together and with each other to distribute and to possess with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

It was part of the conspiracy that KARLA M. RUIZ packaged a quantity of methamphetamine that was subsequently mailed via a U.S. Postal Service Express Mail parcel from La Puente, California, to Akron, Ohio.

It was further a part of the conspiracy that at Akron, Ohio, DIEGO PONCE-CERVANTES accepted delivery of the Express Mail parcel, and removed the package of methamphetamine therefrom.

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

The Grand Jury further charges:

On or about November 6, 2014, in the Northern District of Ohio, Eastern Division, DIEGO PONCE-CERVANTES, the defendant herein, did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and Title 18, United States Code, Section 2.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.